Exhibit A to the Complaint

**Location:** New York, NY  **IP Address:** 96.250.179.185
**Total Works Infringed:** 68  **ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | C4F37C5ED5B46F5B6EF06BB7ECBBD0DD58C3BDA3 | 12/24/2024 15:52:18 | Milfy | 09/25/2024 | 10/16/2024 | PA0002494687 |
| 2 | f8d9f59b6613f369d39b75345dfe62fb00bb9abe | 01/19/2025 21:47:26 | Blacked Raw | 01/11/2021 | 02/26/2021 | PA0002283703 |
| 3 | 7a902668c01768557ab0ab7cb9f3f8d9fbca70e0 | 01/18/2025 05:25:35 | Blacked | 07/03/2021 | 08/02/2021 | PA0002305091 |
| 4 | 7a904d2b645f0514b4b86f955f731ad43b2577da | 01/18/2025 05:08:27 | Tushy | 05/02/2021 | 06/15/2021 | PA0002296917 |
| 5 | 7a8432bfac98cdc8074630ad59486b84e36a7b3d | 01/12/2025 19:59:14 | Blacked Raw | 04/09/2023 | 05/14/2023 | PA0002411278 |
| 6 | 7a8a6c10a5d1cb00eef527ea41517f35b4b66727 | 01/12/2025 04:23:41 | Blacked Raw | 07/08/2024 | 07/15/2024 | PA0002480635 |
| 7 | A93F96E9500696950BC487BB0A53528684DA85DE | 12/24/2024 15:50:32 | Milfy | 08/28/2024 | 09/17/2024 | PA0002490357 |
| 8 | 4E161DCD3B0C439F68280147371BA08686987D0B | 12/24/2024 15:46:32 | Milfy | 08/21/2024 | 09/17/2024 | PA0002490356 |
| 9 | 17FF234755E3CC447535551E626A2E6688890CBC | 12/24/2024 15:46:29 | Milfy | 07/31/2024 | 09/17/2024 | PA0002490325 |
| 10 | 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78 | 12/12/2024 19:35:40 | Blacked | 10/27/2018 | 12/10/2018 | PA0002145828 |
| 11 | B4AA777E563EB6FA88C849FF11E832D54C48E6C8 | 12/02/2024 04:58:15 | Vixen | 02/08/2018 | 03/01/2018 | PA0002079183 |
| 12 | EBFD6BCBAC2EFE92C256ED68CDCDA38BDED8ABB8 | 12/02/2024 04:36:53 | Vixen | 09/11/2019 | 09/25/2019 | PA0002203160 |
| 13 | 2acdf4f9d8ceee9e4201b31d9e5adcd1f2c22678 | 10/16/2024 06:07:31 | Blacked | 09/25/2024 | 10/17/2024 | PA0002494688 |
| 14 | 4fbf4ca748d2ffe2bc2f25893f34c69fc510b506 | 10/15/2024 16:30:51 | Blacked | 09/30/2023 | 10/18/2023 | PA0002435266 |
| 15 | 7708ab5ff8248b2acf7ebfa442089704ac453544 | 10/14/2024 22:27:04 | Vixen | 09/03/2021 | 09/30/2021 | PA0002320425 |
| 16 | 05dc672411f7db47b22c742a0b29425631257174 | 10/14/2024 07:41:22 | Tushy | 11/21/2018 | 01/22/2019 | PA0002149838 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 3bd714763c5536aae8cf6485420e9774e3ba4d32 | 10/14/2024 05:38:41 | Blacked Raw | 10/09/2023 | 10/18/2023 | PA0002435308 |
| 18 | 8d05658f7d46dce8e31db6cde8574e226c839ee3 | 10/14/2024 05:09:58 | Blacked Raw | 05/25/2020 | 06/22/2020 | PA0002245633 |
| 19 | 5fdbeeb4ee337ba07022153e99bcdf6145cb57f4 | 10/14/2024 04:58:14 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 20 | d2439eb7ef1f85b5c5287ded15423f31552787ab | 10/13/2024 22:29:54 | Blacked Raw | 01/17/2022 | 03/04/2022 | PA0002345790 |
| 21 | 33e7027e35d39577d3290a4b972294490cb3a234 | 10/13/2024 20:06:10 | Vixen | 07/13/2019 | 08/02/2019 | PA0002192302 |
| 22 | af1e2a8f993b5536d0fd19ce6ea1fcce76d40b21 | 10/13/2024 19:40:23 | Blacked Raw | 05/02/2019 | 05/28/2019 | PA0002200769 |
| 23 | 5d97ef3cbba97295108cd046ee5b48fa3c7270d4 | 10/13/2024 17:28:14 | Blacked | 09/25/2021 | 10/05/2021 | PA0002315288 |
| 24 | 61554030248917f141f28faed8ec4c43dcaa83ab | 10/13/2024 12:38:05 | Vixen | 12/15/2019 | 01/03/2020 | PA0002233430 |
| 25 | 6146897be85177935c6158eeabb6ae6e98f483e5 | 10/13/2024 12:38:05 | Blacked Raw | 11/18/2019 | 12/09/2019 | PA0002216261 |
| 26 | 614eb03e0456c4dd438c17a5c6ac80d8c991833a | 10/13/2024 12:38:05 | Blacked Raw | 11/15/2022 | 12/11/2022 | PA0002384724 |
| 27 | e25b15e43bbcd69bd345a69f3a52c782cb7e9ebd | 10/12/2024 22:21:58 | Blacked | 02/13/2019 | 03/11/2019 | PA0002158597 |
| 28 | 3a5ae917b89326617c9d265d3744bfee44e0964e | 10/12/2024 22:03:46 | Vixen | 04/01/2022 | 04/23/2022 | PA0002346428 |
| 29 | b9b226c0ebc09e6966930669c438febd1b2fea53 | 10/12/2024 21:44:31 | Vixen | 09/06/2019 | 09/13/2019 | PA0002200698 |
| 30 | a2eb7b0506d4e0957fa928b82407cd8fea750727 | 10/12/2024 09:33:31 | Vixen | 07/10/2020 | 07/20/2020 | PA0002248961 |
| 31 | c040f1b83cd0dcd9048171de0a38a34f9e1bce5c | 10/12/2024 08:46:05 | Blacked | 01/27/2024 | 02/27/2024 | PA0002457000 |
| 32 | 39a03d0a5da1184add8e260b491dbcbadfff7408 | 10/12/2024 02:47:20 | Tushy | 02/25/2020 | 04/15/2020 | PA0002245083 |
| 33 | 0e08cb5f4d93c351ef0215be9ab51d16ec5252f0 | 10/10/2024 01:32:54 | Blacked | 09/22/2019 | 10/07/2019 | PA0002205469 |
| 34 | bf7384f648b659149edc4902932850c2f1a42152 | 10/09/2024 06:14:44 | Vixen | 06/18/2021 | 08/20/2021 | PA0002312012 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 41e9d69249585b15377b75c0eb299d19e794a544 | 10/09/2024 05:03:24 | Tushy | 05/17/2020 | 06/16/2020 | PA0002253264 |
| 36 | 357bddc68e9914ee9a019e21d8d9d5a448807cad | 10/09/2024 03:57:56 | Blacked Raw | 02/19/2024 | 03/12/2024 | PA0002459223 |
| 37 | 59512406f86de76c48a1937917e455793407c71a | 10/08/2024 20:57:42 | Blacked Raw | 02/18/2023 | 03/06/2023 | PA0002399995 |
| 38 | ecdf032191fd80b1a0ea48d9944ea2a87cc36e3f | 09/14/2024 05:01:34 | TushyRaw | 03/26/2024 | 04/12/2024 | PA0002465218 |
| 39 | cdce8e17c0bee90996cf1eef9f60772066c30d07 | 09/13/2024 21:59:05 | Tushy | 03/11/2020 | 04/15/2020 | PA0002244960 |
| 40 | 298c30f17f75eeeda16436cfe4af20f06f21c057 | 09/13/2024 16:11:43 | Vixen | 12/17/2021 | 01/17/2022 | PA0002330110 |
| 41 | 583294a8dcfa5cf7d9862c6c760277e207eaac50 | 08/31/2024 10:30:24 | Tushy | 02/21/2021 | 03/08/2021 | PA0002280370 |
| 42 | 657a4ba90c685e925f250630fafd796db12275e4 | 08/31/2024 08:15:27 | Tushy | 08/29/2019 | 09/17/2019 | PA0002216128 |
| 43 | aaf68c34a4e4fd1d9e52c8fc22fcc89dd93bb443 | 08/22/2024 18:17:48 | Blacked Raw | 11/05/2022 | 12/11/2022 | PA0002384735 |
| 44 | c2a61741552445e9ac104f3c71d1b70662518ae5 | 08/20/2024 13:45:22 | Tushy | 08/01/2021 | 09/30/2021 | PA0002320423 |
| 45 | 5d9dada61b01d63e6408f7f92284eea1ae6737e4 | 08/18/2024 12:14:34 | Blacked Raw | 04/19/2021 | 04/27/2021 | PA0002288984 |
| 46 | 3e5e900e0da7aa5d7487092f1d557716a3d243ed | 08/17/2024 22:01:35 | Blacked | 03/06/2019 | 03/31/2019 | PA0002163978 |
| 47 | 3f358b52530413e4934d5bf69da9512fd4a490da | 08/16/2024 19:29:57 | Slayed | 04/12/2022 | 06/09/2022 | PA0002361951 |
| 48 | 0806879e1945e2943bbe5c69ba6d8a13f43f819a | 08/16/2024 01:43:53 | Slayed | 07/19/2022 | 08/10/2022 | PA0002370906 |
| 49 | 22ea4735d6fce0b18558c052bf55776a6f234d74 | 08/15/2024 16:30:16 | Blacked Raw | 12/13/2019 | 01/22/2020 | PA0002234865 |
| 50 | 7674b253dc3b34264f501723f9f00dcfd74f747c | 08/15/2024 16:20:20 | Slayed | 01/17/2023 | 02/21/2023 | PA0002400995 |
| 51 | 4A71BC526DAB9022BBAA95EECDDCCBE02B86575F | 08/09/2024 14:04:07 | Blacked | 05/18/2024 | 06/18/2024 | PA0002476745 |
| 52 | C738CFA5354288DAD65504E3F060EAC260562E60 | 08/09/2024 14:00:20 | Milfy | 06/26/2024 | 09/09/2024 | PA0002491138 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 7180D3C158454F4EAA61633649FA674819A37411 | 08/09/2024 13:54:05 | Milfy | 08/07/2024 | 09/17/2024 | PA0002490329 |
| 54 | EDBA0E7A6F5972F1FBC158F345D73A32E6B43BE8 | 08/09/2024 13:37:48 | TushyRaw | 05/21/2024 | 06/18/2024 | PA0002476915 |
| 55 | a503adb8135d6967ef50060dde3fd7c8da113c9c | 08/01/2024 02:17:01 | Blacked | 03/21/2020 | 04/15/2020 | PA0002246170 |
| 56 | 97de2f11af88c7fa80d469599d26edbc29bfc32e | 07/30/2024 22:46:23 | Blacked | 02/24/2020 | 03/18/2020 | PA0002241627 |
| 57 | 140124a6c370b9877ae1766eef9f9394bc536cb6 | 07/28/2024 19:03:19 | Blacked | 07/27/2024 | 08/14/2024 | PA0002484822 |
| 58 | 76e2585322de7ab1101a97c64e43f4776128b57d | 07/27/2024 01:04:27 | Vixen | 05/07/2021 | 06/24/2021 | PA0002303619 |
| 59 | c31209f0274b10780f2b55cf2a2981dfc2f9551c | 07/26/2024 18:39:39 | Milfy | 06/21/2023 | 08/22/2023 | PA0002431065 |
| 60 | 182a2190ae0339705a6191d53fd7e59ab4d1ccab | 07/24/2024 01:44:44 | Tushy | 01/07/2024 | 01/16/2024 | PA0002449442 |
| 61 | 5E6C8EFDE39AE41674426F489D6FA3F23CAF011C | 07/22/2024 18:17:01 | Milfy | 10/25/2023 | 12/07/2023 | PA0002446668 |
| 62 | 26D49A030AA4241D7A2AFD3E0526815AFB9BBF2D | 07/22/2024 18:15:44 | Blacked | 02/03/2024 | 02/14/2024 | PA0002455061 |
| 63 | BCB8F7DC0DB12CFBEC366D614C091B2CEFE7B7DF | 07/22/2024 18:15:41 | Milfy | 07/12/2023 | 08/22/2023 | PA0002431037 |
| 64 | 0C8DD414C57A5E812A5DD64D1FF3CB436DF39A80 | 07/22/2024 18:15:26 | Milfy | 12/20/2023 | 01/16/2024 | PA0002453983 |
| 65 | 1C949F3B5D4AF5469EA4817A5EF1D10387B6C0A3 | 07/22/2024 18:13:42 | Blacked Raw | 11/20/2023 | 12/12/2023 | PA0002444867 |
| 66 | 3D74ED835F96851E1D872CDFE806172D31D58719 | 07/22/2024 18:12:27 | Blacked Raw | 05/29/2023 | 06/09/2023 | PA0002415372 |
| 67 | 4568A3B0B7D8CED53A1D026A605BF1F3F0E9D968 | 07/22/2024 18:11:58 | Blacked Raw | 02/05/2024 | 02/14/2024 | PA0002455064 |
| 68 | 5DAB5EF770AC7593AC6365E5EF8054AEEDE31A2A | 07/22/2024 18:11:04 | Milfy | 01/24/2024 | 03/15/2024 | PA0002461445 |